UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EDWIN JAMES BITTNER,           )<br>    Plaintiff,           )<br>                                )<br>v.                              )<br>                                )<br>OPTOS INC.,                     )<br>    Defendant.           ) | CIVIL ACTION<br>NO. 04-12465MLW |

## DEFENDANT'S FEDERAL RULE OF CIVIL PROCEDURE 7.3 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.3 of the Federal Rules of Civil Procedure, Defendant Optos, Inc. hereby states that it's parent company is Optos, PLC of Scotland, U.K. and that no publicly-held company holds 10% or more of its stock.

Respectfully submitted,

**OPTOS, INC.,**
By its Attorneys,

_/s/ Brian P. Pezza_
Adam P. Forman (BBO #560360)
Brian P. Pezza (BBO #651076)
Testa, Hurwitz & Thibeault, LLP
125 High Street
Boston, MA  02110
(617) 248-7000

Dated:  December 21, 2004

\6155\1.3159525_1