AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Edwin James Bittmir

**SUMMONS IN A CIVIL ACTION**

V.

Optos, INC

CASE NUMBER:

**04 - 12465 MLW**

TO: (Name and address of Defendant)

Optos Inc
199 Forest Street
Marlboro, MA 01752

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICE OF
HOWARD I. WILGOREN
179 Union Avenue
Framingham, MA 01702

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ANASTAS

NOV 22 2004

CLERK                                                          DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE: December 06, 2004 |
| NAME OF SERVER: BRIAN DOYLE | TITLE: Process Server / A Disinterested Person |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left: _____, MASSACHUSETTS

Said service was made at: _____

☒ Other: By handing true and attested copies thereof to **MS. PATRICIA HOLLAND, SECRETARY AND** Duly Authorized Agent for the within-named **OPTOS, INC.**

Said service was made at: **199 FOREST STREET, MARLBORO**, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

SERVICE FEE  $ 41.00      Trips ____

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **December 06, 2004**
Signature of Server: [signature]
Address of Server: One Devonshire Place, Boston, Massachusetts

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ ____ |
| | | | $ ____ |
| | | | $ ____ |
| | | | $ ____ |
| | | | $ ____ |
| | | | $ ____ |
| | | TOTAL | $ ____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**
**Massachusetts Constables since 1925**
One Devonshire Place
Boston, MA 02109
Telephone # (617) 720-5733
Fax # (617) 720-573?