UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 28 P 1: 17

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| EDWIN JAMES BITTNER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OPTOS INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 04-12465MLW |

## NOTICE OF CHANGE OF ADDRESS

Please note that effective immediately, the address of the attorney for the Defendant, Optos, Inc., is as follows:

Adam P. Forman
Littler Mendelson, P.C.
One International Place, Suite 2700
Boston, MA 02110
Telephone: (617) 378-6007
Facsimile: (617) 737-0052

Respectfully submitted,

OPTOS, INC.

By its attorneys,

_____
Adam P. Forman (BBO #560360)
Littler Mendelson, P.C.
One International Place, Suite 2700
Boston, MA 02110
(617) 378-6007

Dated: January 26, 2005

## CERTIFICATE OF SERVICE

I, Adam P. Forman, hereby certify that on this 26th day of January, 2005, I caused a true copy of the foregoing Notice of Change of Address to be served upon the plaintiff's counsel by mail.

_____
Adam P. Forman

Boston:6200.1 800000.3500