UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWIN JAMES BITTNER<br><br>Plaintiff,<br><br>v.<br><br>OPTOS, INC.,<br><br>Defendant. | CIVIL ACTION NO. 04-12465MLW |

### DEFENDANT OPTOS, INC.'S WITHHOLDING OF CONSENT TO TRANSFER OF CASE TO MAGISTRATE JUDGE

By Order dated March 8, 2005, the Court set a March 25, 2005 deadline for the parties to decide whether to consent to the transfer of this case to a Magistrate Judge for all purposes. Defendant Optos, Inc. respectfully declines the opportunity to have the case reassigned to a Magistrate Judge and does not consent to the transfer of the case.

Respectfully submitted,

**OPTOS, INC.**

By their attorneys,

_____
Adam P. Forman (BBO #560360)
Littler Mendelson PC
One International Place
Suite 2700
Boston, MA 02110
Tel: 617-378-6028

Dated: March 16, 2005

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney on record for each other party by (mail) hand delivery on:

_____
3/16/05

Boston:7112.1 049254.1002