# LAW OFFICE OF HOWARD I. WILGOREN

6 Beacon Street, Suite 700
Boston, MA 02108
(617) 523 - 5233
Fax: (617) 523 - 5236
hwilgoren@aol.com

FILED
IN CLERKS OFFICE
2005 MAR 16  P 2: 21
U.S. DISTRICT COURT
DISTRICT OF MASS

March 14, 2005

Tony Anastas, Clerk
United States District Court
One Courthouse Way
Boston, MA 021110

Re:   **Edwin Bittner v. Optos, Inc.**
      **Docket No.  04 12465 MLW**

Dear Mr. Anastas:

Please note my new address as set forth above

Thank you for your attention to this matter.

Sincerely,

Howard I. Wilgoren

cc:   Edwin J. Bittner
      Adam Foreman, Esquire