UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWIN JAMES BITTNER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OPTOS, INC., )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 04-12465MLW |

### JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Pursuant to Rule 16.1(D) of the Local Rules of the United States District Court for the District of Massachusetts, Plaintiff Edwin J. Bittner ("Bittner") and Defendant Optos, Inc. ("Optos") submit the following Joint Statement:

I.   The parties propose the following schedule for this litigation:

| | |
|---|---|
| May 31, 2005 | Exchange of Automatic Discovery |
| November 30, 2005 | All written discovery served |
| November 30, 2005 | Deadline to Amend Pleadings and Add Parties |
| November 30, 2005 | Rule 26(a)(2)(B) Expert Disclosure by Plaintiff |
| December 30, 2005 | All non-expert discovery completed (including depositions and written discovery) |
| December 30, 2005 | Rule 26(a)(2)(B) Expert Disclosure by Defendant |
| January 31, 2006 | Expert Depositions and Discovery, if any, completed |
| February 28, 2006 | Dispositive Motions filed |
| March 31, 2006 | Opposition to Dispositive Motions filed |
| April 28, 2006 | Pretrial Conference (or after dispositive motions are ruled on by the Court) |

II.    Other Matters Pursuant to Rule 16.1:

    a.    Optos does not consent to trial by a Magistrate Judge at this time.

    b.    Bittner presented a written settlement proposal to Optos. Counsel for Optos conferred with Optos regarding Bittner's proposal.

    c.    Certifications under Local Rule 16(D)(3) were filed with the Court with copies being sent to the parties on even date herewith.

Respectfully Submitted,

| EDWIN JAMES BITTNER | OPTOS, INC., |
|---|---|
| By his attorneys, | By its attorneys, |
| /s/ Howard Wilgoren | /s/ Adam P. Forman |
| Howard I. Wilgoren (BBO #527840) | Adam P. Forman (BBO #560360) |
| 6 Beacon Street | Erin Reid-Eriksen (BBO #661075) |
| Suite 700 | Littler Mendelson, P.C. |
| Boston, MA 02108 | One International Place, 27th Floor |
| (617) 523-5233 | Boston, MA 02110 |
|  | (617) 378-6000 |

Dated: April 29, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney on record for each other party by mail on this 29th day of April, 2005.

/s/ Adam P. Forman
Adam P. Forman

Dated: April 29, 2005

Boston:7827.1 049254.1002