UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWIN JAMES BITTNER,<br><br>    Plaintiff,<br><br>v.<br><br>OPTOS, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 04-12465MLW |

### DEFENDANT OPTOS, INC.'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Counsel for Optos, Inc. and Optos, Inc. hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course of this litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Respectfully submitted,

_____
Adam P. Forman (BBO #560360)
Littler Mendelson, P.C.
One International Place, 27th Floor
Boston, MA 02110
(617) 378-6000

OPTOS, INC.

By:_____
   Name:
   Title:

Dated: April 29, 2005

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney on record for each other party by mail/hand delivery on:

April 29, 2005