UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EDWIN JAMES BITTNER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OPTOS, INC., )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 04-12465MLW |

### JOINT STIPULATION OF DISMISSAL

The parties hereby stipulate to the dismissal with prejudice of Count II (Conversion) of the Complaint without costs. All rights of appeal as to Count II of the Complaint are hereby waived.

| EDWIN JAMES BITTNER | OPTOS, INC., |
|---|---|
| By his attorneys, | By its attorneys, |
| /s/ Howard I. Wilgoren | /s/ Adam P. Forman |
| Howard I. Wilgoren (BBO #527840)<br>6 Beacon Street<br>Suite 700<br>Boston, MA 02108<br>(617) 523-5233 | Adam P. Forman (BBO #560360)<br>Erin Reid-Eriksen (BBO #661075)<br>Littler Mendelson, P.C.<br>One International Place, 27th Floor<br>Boston, MA 02110<br>(617) 378-6000 |

Dated: May 10, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on this 12 day of May, 2005.

_____
Adam P. Forman

Dated: May 12, 2005