UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\*\*\*

**EDWIN JAMES BITTNER**   \*

  Plaintiff   \*

v.   \*   CIVIL ACTION NO.
    \*   04-12465-MLW

**OPTOS INC.,**   \*
  Defendant   \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\*\*\*\*

**PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16**

Pursuant to Local Rule 16.1(D) (3) Edwin James Bittner and his counsel affirm that they have conferred:

1. With a view to establishing a budget for the costs of conducting the full course, and various alternative courses of the litigation; and

2. To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

    Respectfully submitted,
    EDWIN JAMES BITTNER
    By His Attorney,

 s/Edwin James Bittner         s/Howard I. Wilgoren
EDWIN JAMES BITTNER        HOWARD I. WILGOREN, ESQ.
Plaintiff                        6 Beacon St., Suite 700
                                Boston , MA 02108
                                (617) 523 - 5233
                                BBO No.  527840