UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EDWIN JAMES BITTNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 04-12465-MLW |
| OPTOS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **SCHEDULING ORDER**

Following a scheduling conference held today pursuant to Fed. R. Civ. P. 16(a), the Court ORDERS as follows:

1. As agreed, the following schedule shall be entered:

    a. By **November 2, 2005**, the plaintiff shall file a reply to the defendant's opposition to the plaintiff's motion to amend the complaint.

    b. The parties shall file any motions to compel discovery by **November 30, 2005**.

    c. The parties shall complete all fact discovery, including any written requests and depositions, by **January 31, 2006**.

    d. The parties shall file any motions for summary judgment on or before **February 28, 2006**. Responses to motions for summary judgment shall be filed by **March 21, 2006**.

  e.  The parties shall disclose any expert witnesses, pursuant to Fed. R. Civ. P. 26(a)(2), by **March 31, 2006**.

 2. This case will be referred to mediation in January 2006 pursuant to the court's alternative dispute resolution program.

            / s / Judith Gail Dein
            Judith Gail Dein
            United States Magistrate Judge

DATED: October 17, 2005