UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWIN JAMES BITTNER,<br><br>      Plaintiff,<br><br>v.<br><br>OPTOS, INC.,<br><br>      Defendant. | CIVIL ACTION NO. 04-12465-MLW |

## STIPULATION TO EXTEND DEADLINE TO
## FILE MOTIONS TO COMPEL DISCOVERY

The parties, through their respective counsel, hereby stipulate to and request that the Court approve an extension of the deadline to file motions to compel discovery to December 9, 2005. In support of this Stipulation, the parties state the following:

1. On October 17, 2005, the Court entered a Scheduling Order, which set the deadline for the parties to file any motions to compel discovery as November 30, 2005.

2. Since that time, the parties have been working together in good faith to resolve their discovery disputes.

3. The parties have agreed to an extension of less than two weeks, which will not effect the other deadlines in this matter.

WHEREFORE, the parties respectfully request an extension of the deadline to file motions to compel discovery to December 9, 2005, as set forth in the attached proposed Order.

| EDWIN JAMES BITTNER | OPTOS, INC. |
|---|---|
| By his attorney, | By its Attorneys, |
| ___/s/ Howard Wilgoren___ | ___/s/ Adam Forman___ |
| Howard I. Wilgoren (BBO #527840) | Adam P. Forman (BBO #560360) |
| 6 Beacon St. | Erin M. Reid-Eriksen (BBO #661075) |
| Suite 700 | Littler Mendelson, P.C. |
| Boston, MA 02108 | One International Place |
| Tel.: (617) 523-5233 | Suite 2700 |
| | Boston, MA 02110 |
| | Tel.: (617) 378-6000 |

Dated: November 23, 2005

Firmwide:80614805.1

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWIN JAMES BITTNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04-12465-MLW |
| ) | |
| OPTOS, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

After considering the parties' stipulation for an extension of the deadline to file motions to compel discovery, it is hereby ORDERED that the deadline to file motions to compel discovery is extended until **December 9, 2005**.

_____
Judith Gail Dein
United States Magistrate Judge

Dated: November __, 2005