UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWIN JAMES BITTNER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OPTOS, INC., )<br>)<br>Defendant. ) | CIVIL ACTION NO. 04-12465-MLW |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Edwin James Bittner and Defendant Optos, Inc., hereby stipulate and agree to dismiss the above captioned lawsuit filed by plaintiff against defendant with prejudice, with each party to bear its own costs and attorneys' fees. All rights of appeal are hereby waived.

_____
Howard I. Wilgoren, Esq. (BBO #527840)
Law Offices of Howard I. Wilgoren
6 Beacon Street
Suite 700
Boston, MA 02108
(617) 523-5233

*Counsel for Edwin James Bittner*

_____
Adam P. Forman, Esq. (BBO# 560360)
Littler Mendelson, P.C.
One International Place
Suite 2700
Boston, MA 02110
(617) 378-6000

*Counsel for Optos, Inc.*

Dated: January 27, 2006